```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                       08-CV-1071(JMR/RLE)
```

| | | |
|---|---|---|
| Kathleen Barbara Mayer | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Countrywide Home Loans, | ) | |
| a/k/a MERS, Inc. | ) | |

This matter is before the Court for consideration of the Report and Recommendation, issued June 4, 2008 [Docket No. 37], by the Honorable Raymond L. Erickson, United States Chief Magistrate Judge.  The Report recommended denial of plaintiff's motions.

Plaintiff timely objected pursuant to Local Rule 72.2.

Based on a de novo review of the record, the Court adopts the Magistrate's Report and Recommendation.  Accordingly, IT IS ORDERED that:

1. Plaintiff's motion for a preliminary injunction is denied. [Docket No. 3]

2. Plaintiff's motion for default judgment is denied. [Docket No. 21]

3. Plaintiff's amended motion for default judgment is denied. [Docket No. 27]

Dated:  September 29, 2008

                                                s/ JAMES M. ROSENBAUM
                                                JAMES M. ROSENBAUM
                                                United States District Judge